SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
KENNETH DAVIDSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>STATION LIQUOR, INC.; HANI ABDELHADY; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 8:20-cv-01847-JLS (DFMx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: December 3, 2021<br>Time: 10:30 a.m.<br>Courtroom: 10A<br><br>Honorable Judge Josephine L. Staton |

　　　To Defendant HANI ABDELHADY and the attorneys of record, if any: Please take notice that on December 3, 2021, at 10:30 a.m., or as soon thereafter as this matter may be heard by this Court located at 411 W. Fourth St., Santa Ana, California, Plaintiff KENNETH DAVIDSON will present Plaintiff's motion for default judgment against Defendant HANI ABDELHADY. The Clerk has previously entered the default on Defendant HANI ABDELHADY on January 6, 2021.

　　　At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant HANI ABDELHADY is not a minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of

1940; (2) Defendant HANI ABDELHADY has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act.

The Plaintiff seeks a judgment in the amount of $3,427.00 in attorney fees and costs as set forth in the attached declaration of Jason J. Kim and an Order directing the defendant to: make alterations in such a manner that, to the maximum extent feasible, the goods, services, facilities, privileges, advantages, or accommodations offered by Defendant is readily accessible to and usable by individuals with disabilities at the property located at or about 16471 McFadden Ave., Tustin, California. This motion is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of the original motion for default judgment by court was served on Defendant HANI ABDELHADY on June 28, 2021 by first class United States Mail, postage prepaid.

Dated:  June 28, 2021                    **SO. CAL. EQUAL ACCESS GROUP**


By:     _/s/ Jason J. Kim_____
        Jason J. Kim, Esq.
        Attorneys for Plaintiff